AO 91 (Rev. 11/11) Criminal Complaint           No. 14-118

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>BRIAN M. SHEED<br><br>*Defendant(s)* | ) ) ) ) ) ) )    Case No. 14-1226-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 3, 2014__ in the county of __Philadelphia__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 1951(a); 924(c) | See attachment "A" |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent David E. Carter, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/01/2014__

_____
*Judge's signature*

City and state: __Philadelphia, Pennsylvnania__     LINDA K. CARACAPPA, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, David E. Carter, being duly sworn, depose and state the following:

1.     I am employed as a Special Agent of the Federal Bureau of Investigation ("FBI") in Philadelphia, Pennsylvania, where I have been employed as a special agent since January of 2005. Prior to that, I was employed as a Maryland State Trooper from July 2000 until January 2005. I am presently assigned to the FBI's Philadelphia Division's Violent Crimes Task Force, which investigates kidnappings, Hobbs Act violations, such as armed robberies of commercial businesses and armored carriers, bank robberies, assaults of federal officers, convicted felons in possession of firearms, and fugitives.

2.     I submit this affidavit in support of an application for a complaint and warrant to arrest BRIAN SHEED (date of birth: October 15, 1991) for the following violations:

(a) robbery of K&A Auto Salvage Inc, in violation of Title 18, United States Code, Section 1951(a), and,

(b) use and brandishing of a firearm in furtherance of a crime of violence, in violation of Title 18, United States Code Section 924(c)(1).

3.     This affidavit is based on evidence obtained in the course of joint federal and state investigation into the activities of BRIAN SHEED on June 3, 2014, including, but not limited to, my personal knowledge, my review of documents, knowledge obtained from other law enforcement officials, and communications with others who have personal knowledge of the events and circumstances described below. This affidavit does not set forth each and every fact learned by me or other agents during the course of this investigation.

4.     On June 3, 2014, a tow truck operator for K&A Auto Salvage, 2160 E Somerset, Philadelphia, Pennsylvania (PA) was dispatched to the rear of 4900 Rorer Street, Philadelphia, Pennsylvania, to purchase a 1999 Chevrolet Blazer for $300 for salvage purposes. The tow truck operator was given the phone number 215-645-7403, which belonged to the seller/customer, who called himself "Danny." The tow truck operator called the provided phone number at approximately 11:10 a.m. and spoke to a male who verified the sale. "Danny" instructed the tow truck operator to call the phone number again when the tow truck arrived in the rear of 4900 Rorer St. "Danny" said he would meet the victim in the rear after that call.

5.     At approximately 11:27 a.m., the tow truck driver arrived and called the phone number to announce his arrival. "Danny" answered and said to meet him in the rear driveway between Rorer and Gransback Streets. The tow truck driver observed a black male walking slowly towards the tow truck from the top of the driveway, at E. Ruscomb Street. The tow truck driver observed two Chevrolet Blazers parked in the driveway and the black male stopped between the Blazers. The tow truck operator drove up to the male and the vehicles, put the window down and asked the black male if he had a title for the car. The black male stated, "Yes, I have the title" and backed up a few feet. The driver exited the tow truck, reached back into the truck to retrieve the paperwork, then turned around and observed the male holding a gun in his left hand. The male demanded the tow truck driver's money. The driver handed approximately $300 to the

1

male. The male took the money, turned around and headed south on the driveway towards E. Rockland Street, where he made a left.

6. The victim tow truck driver described the suspect as a dark-skinned black male, early twenties, thin build, and wearing a grey tank top, black pants with a white shirt wrapped around his forehead.

7. Law enforcement investigation revealed Pinger, Incorporated was the provider of the suspect phone number 215-645-7403. On June 8, 2014, a search warrant was issued to Pinger requesting the subscriber information the phone number. The phone number belonged to the username "bsheed22," Pinger account ID 455982018, email address "b.sheed@yahoo.com." Additional open source database checks revealed the e-mail address to belong to BRIAN SHEED. According to law enforcement records, BRIAN SHEED resides at 4914 Rorer Street, which backs up to the driveway where the robbery took place.

8. Subsequently, law enforcement contacted the tow truck driver and requested that he review a photo array. Upon viewing the array, the driver immediately identified BRIAN SHEED as the male who committed the robbery on June 3, 2014.

9. Brian Sheed, who was charged locally with this robbery, has claimed that he could not have committed it because his release on federal robbery charges (Criminal No. 12-658-02) was electronically monitored by United States Pretrial Services. According to U.S. Pretrial Services, this electronic monitoring does not eliminate the possibility that the offense alleged in this affidavit occurred.

10. Anthony Boyle, owner of K&A Auto Salvage, advised the money taken in the robbery belonged to the business. K&A Auto Salvage conducts business in multiple states, to include towing vehicles from one state to another. After Hurricane Sandy, K&A Auto Salvage was a major towing company for insurance companies. They towed vehicles in numerous states, including Pennsylvania, New Jersey, New York, and Delaware. K&A Auto Salvage also maintains a current US Department of Transportation number.

WHEREFORE, based upon these facts, there is probable cause to support the issuance of a complaint and warrant, charging BRIAN SHEED with robbery which interferes with interstate commerce, and use of a firearm during a crime of violence, on or about June 3, 2014, in violation of Title 18, United States Code, Sections 1951(a) and 924(c)(1).

David E. Carter

Special Agent

Federal Bureau of Investigation

Sworn and subscribed before me this

___1st day of December 2014.

Honorable LINDA K. CARACAPPA

United States Magistrate Judge

3